February 7, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

FAR EAST ENTERPRISES, INC., Appellant

NO. 14-11-00743-CV                    V.

NUMBER ONE SOUTHERN FOOD MART INC. D/B/A PHO NUI BISTRO
AND MYLINH THI HOANG, Appellees

_____

This cause, an appeal from the judgment in favor of appellees, NUMBER ONE SOUTHERN FOOD MART INC. D/B/A PHO NUI BISTRO AND MYLINH THI HOANG, signed June 17, 2011, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, FAR EAST ENTERPRISES, INC., to pay all costs incurred in this appeal. We further order this decision certified below for observance.